IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| WESTERN-SOUTHERN LIFE ASSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 3:15cv281-MHT (WO) |
| DANIEL T. KINNEY and NAVY FEDERAL CREDIT UNION, | ) ) ) | |
| Defendants. | ) | |

STIPULATED CONSENT JUDGMENT

Upon the joint request of the parties, it is the ORDER, JUDGMENT, AND DECREE of the court that the joint motion for entry of consent judgment (doc. no. 41) is granted, and that final judgment is hereby entered in favor of plaintiff Western-Southern Life Assurance Company ("Western-Southern" or "Plaintiff") and against defendant Daniel T. Kinney ("Kinney" or "Defendant") as follows:

1. Kinney has been duly served with process, the court has jurisdiction over Kinney and the subject

matter of this action, and venue is proper. Kinney has stipulated to an entry of judgment by consent as set forth below.

2. Judgment is hereby entered against Kinney and in favor of Western-Southern in the amount of $ 122,682.28, plus pre-judgment interest in the amount of $ 2,150.00, for a total judgment of $ 124,832.28.

3. In partial satisfaction of this judgment, Navy Federal Credit Union is directed to release all of the funds from Kinney's account numbered 7006308006 in the amount of $ 78,898.15 (more or less) to Western-Southern within ten (10) days of the entry of this order.

4. This judgment constitutes an adjudication on the merits and may be enforced and collected by Western-Southern to the same extent as any other judgment of this court.

5. This court retains jurisdiction over this matter for the purposes of handling any motions or

other matters relating to the enforcement and collection of the Stipulated Consent Judgment.

    6. Costs of this action are TAXED as paid.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 15th day of January, 2016.

                                /s/ Myron H. Thompson\_\_\_\_
                             UNITED STATES DISTRICT JUDGE